IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL D. RILEY, et al.,<br><br>    Defendants.<br>_____/ | CIV. S-05-2467-DFL-PAN<br><br><u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |

    The court has been advised by Scott N. Johnson, Esq. , that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than February 27, 2006, and,

///

1

1      2.   That all hearing dates previously set in this matter
2 are vacated.
3      IT IS SO ORDERED.
4 Dated:  2/6/2006

*[signature]*

DAVID F. LEVI
United States District Judge

2